JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>    Defendants. | ) No. CR-S-09-380 WBS<br>)<br>)<br>) STIPULATION AND (PROPOSED) ORDER<br>) CONTINUING STATUS CONFERNCE<br>)<br>) Date:   September 28, 2009<br>) Time:   8:30 a.m.<br>) Judge:  Hon. William B. Shubb<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Fred N. Dawson, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Hector Carretero-Flores, Dwight M. Samuel, Esq., counsel for defendant Brenda Meza-Rodrigues, Olaf W. Hedberg, Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for September 28, 2009 be **continued to November 9, 2009, at 8:30 a.m.**, thus **vacating** the presently set status conference.  Counsel for

1

the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference November 9, 2009.

IT IS SO STIPULATED

Dated:  September 24, 2009 /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
Uriel Ochoa-Espindola

Dated: September 24, 2009 /s/ Mark J. Rosenblum
MARK ROSENBLUM
Attorney for Defendant
Jose Sergio Espindola

Dated: September 24, 2009 /s/ Robert L. Forkner
ROBERT FORKNER
Attorney for Defendant
Valentin Ramirez-Cardinez

Dated: September 24, 2009 /s/ Fred N. Dawson
FRED N. DAWSON
Attorney for Defendant
Rafael Arreola-Sahagun

Dated: September 24, 2009 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Emiliano Vera-Gil

Dated: September 24, 2009 /s/ Dwight M. Samuel
DWIGHT SAMUEL
Attorney for Defendant
Hector Carretero-Flores

Dated: September 24, 2009 /s/ Olaf W. Hedberg
OLAF HEDBERG
Attorney for Defendant
Brenda Meza-Rodrigues

Dated: September 24, 2009 /s/ Dan F. Koukol
DAN KOUKOL
Attorney for Defendant
Luis Miguel Orrutia-Rodrigues

Dated:  September 24, 2009        Lawrence G. Brown
                                  United States Attorney


                                  by: /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-380 WBS |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| URIEL OCHOA-ESPINDOLA et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the September 28, 2009 status conference be continued to November 9, 2009 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to November 9, 2009.

IT IS SO ORDERED.
Dated:   September 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4