JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-380 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING STATUS CONFERNCE |
| URIEL OCHOA-ESPINDOLA et al., | ) Date:  February 8, 2010 |
| Defendants. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Fred N. Dawson, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Hector Carretero-Flores, Dwight M. Samuel, Esq., counsel for defendant Brenda Meza-Rodrigues, Olaf W. Hedberg, Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for February 8, 2010 be **continued to March 22, 2010, at 8:30 a.m.**, thus **vacating** the presently set status conference.  Counsel for the

parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference March 22, 2010.

IT IS SO STIPULATED

Dated:  February 2, 2010                     /s/ Preciliano Martinez
                                             PRECILIANO MARTINEZ
                                             Attorney for Defendant
                                             Uriel Ochoa-Espindola

Dated:  February 2, 2010                     /s/ Mark J. Rosenblum
                                             MARK ROSENBLUM
                                             Attorney for Defendant
                                             Jose Sergio Espindola

Dated:  February 2, 2010                     /s/ Robert L. Forkner
                                             ROBERT FORKNER
                                             Attorney for Defendant
                                             Valentin Ramirez-Cardinez

Dated:  February 2, 2010                     /s/ Fred N. Dawson
                                             FRED N. DAWSON
                                             Attorney for Defendant
                                             Rafael Arreola-Sahagun

Dated:  February 2, 2010                     /s/ John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Emiliano Vera-Gil

Dated:  February 2, 2010                     /s/ Dwight M. Samuel
                                             DWIGHT SAMUEL
                                             Attorney for Defendant
                                             Hector Carretero-Flores

Dated:  February 2, 2010                     /s/ Olaf W. Hedberg
                                             OLAF HEDBERG
                                             Attorney for Defendant
                                             Brenda Meza-Rodrigues

Dated:  February 2, 2010                     /s/ Dan F. Koukol
                                             DAN KOUKOL
                                             Attorney for Defendant
                                             Luis Miguel Orrutia-Rodrigues

1 | Dated: February 2, 2010

Benjamin B. Wagner
United States Attorney

by: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>    Defendants. | No. CR-S-09-380 WBS<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the February 8, 2010 status conference be continued to March 22, 2010 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to March 22, 2010.

IT IS SO ORDERED.
Dated:  February 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4