JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

URIEL OCHOA-ESPINDOLA et al.,

    Defendants.

No. CR-S-09-380 WBS

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERNCE

Date: March 22, 2010
Time: 8:30 a.m.
Judge: Hon. William B. Shubb

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Fred N. Dawson, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Hector Carretero-Flores, Dwight M. Samuel, Esq., counsel for defendant Brenda Meza-Rodrigues, Olaf W. Hedberg, Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for March 22, 2010 be **continued to April 19, 2010, at 8:30 a.m.**, thus **vacating** the presently set status conference. Counsel for the

parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the defense requests more time to investigate the case and review discovery) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference April 19, 2010.

IT IS SO STIPULATED

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    PRECILIANO MARTINEZ
                                                                    Attorney for Defendant
                                                                    Uriel Ochoa-Espindola

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    MARK ROSENBLUM
                                                                    Attorney for Defendant
                                                                    Jose Sergio Espindola

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    ROBERT FORKNER
                                                                    Attorney for Defendant
                                                                    Valentin Ramirez-Cardinez

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    FRED N. DAWSON
                                                                    Attorney for Defendant
                                                                    Rafael Arreola-Sahagun

Dated:  March 18, 2010                     /s/ John R. Manning
                                                                    JOHN R. MANNING
                                                                    Attorney for Defendant
                                                                    Emiliano Vera-Gil

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    DWIGHT SAMUEL
                                                                    Attorney for Defendant
                                                                    Hector Carretero-Flores

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    OLAF HEDBERG
                                                                    Attorney for Defendant
                                                                    Brenda Meza-Rodrigues

Dated:  March 18, 2010                     /s/ John R. Manning for
                                                                    DAN KOUKOL
                                                                    Attorney for Defendant

|  |  |
|---|---|
|  | Luis Miguel Orrutia-Rodrigues |
| Dated:  March 18, 2010 | Benjamin B. Wagner<br>United States Attorney |
|  | by: /s/ John R. Manning for<br>MICHAEL M. BECKWITH<br>Assistant United States Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-380 WBS |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| URIEL OCHOA-ESPINDOLA et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the March 22, 2010 status conference be continued to April 19, 2010 at 8:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 19, 2010.

IT IS SO ORDERED.
Dated: March 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4