BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>        Defendants. | CR. S-09-380 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br><br>Hon. William B. Shubb |

The parties request that the status conference currently set for June 21, 2010, be continued to August 23, 2010, and stipulate that the time beginning June 21, 2010, and extending through August 23, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv); Local Codes T2 and T4.

The parties are in the process of discussing and negotiating

1

various pretrial dispositions. Each defendant will need time to consider any plea offer he or she may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: June 16, 2010        By: /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

Dated: June 16, 2010        By: /s/ Preciliano Martinez
                                PRECILIANO MARTINEZ
                                Attorney for defendant
                                Uriel Ochoa-Espindola

Dated: June 16, 2010        By: /s/ Mark J. Rosenblum
                                MARK J. ROSENBLUM
                                Attorney for defendant
                                Jose Sergio Espindola

Dated: June 16, 2010        By: /s/ Robert L. Forkner
                                ROBERT L. FORKNER
                                Attorney for defendant
                                Valentin Ramirez-Cardinez

Dated: June 16, 2010        By: /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for defendant
                                Rafael Arreola-Sahagun

```
 1  Dated: June 16, 2010           By:/s/ John R. Manning
                                      JOHN RICHARD MANNING
 2                                    Attorney for defendant
                                      Emiliano Vera-Gil
 3

 4  Dated: June 16, 2010           By:/s/ Danny D. Brace, Jr.
                                      DANNNY D. BRACE, Jr.
 5                                    Attorney for defendant
                                      Jose Manuel Vera-Gil
 6

 7  Dated: June 16, 2010           By:/s/ Dwight M. Samuel
                                      DWIGHT M. SAMUEL
 8                                    Attorney for defendant
                                      Hector Carretero-Flores
 9

10  Dated: June 16, 2010           By:/s/ Olaf William Hedberg
                                      OLAF WILLIAM HEDBERG
11                                    Attorney for defendant
                                      Brenda Meza-Rodrigues
12

13  Dated: June 16, 2010           By:/s/ Dan F. Koukol
                                      DAN F. KOUKOL
14                                    Attorney for defendant
                                      Luis Miguel Orrutia-Rodrigues

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

3

**ORDER**

The status conference in case number CR. S 09-380 WBS, currently set for June 21, 2010, is continued to August 23, 2010, and the time beginning June 21, 2010, and extending through August 23, 2010, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv); Local Codes T2 and T4.

IT IS SO ORDERED.


Dated:   June 17, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE