JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-380 WBS<br>)<br>)<br>) STIPULATION AND (PROPOSED) ORDER<br>) CONTINUING STATUS CONFERNCE<br>)<br>) Judge:  Hon. William B. Shubb<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| URIEL OCHOA-ESPINDOLA et al., | |
| Defendants. | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Dina L. Santos, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Jose Manuel Vera-Gil, Danny D. Brace, Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for August 23, 2010 be **continued to October 25, 2010, at 8:30 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of

Title 18, United States Code § 3161(h) (7) (B) (ii) and (iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference October 25, 2010.

The parties are requesting more time to continue ongoing plea negotiations. Each defendant will need time to consider any plea offer he or she may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

IT IS SO STIPULATED

Dated:  August 18, 2010                        /s/ John R. Manning for
                                               PRECILIANO MARTINEZ
                                               Attorney for Defendant
                                               Uriel Ochoa-Espindola

Dated:  August 18, 2010                        /s/ John R. Manning for
                                               MARK ROSENBLUM
                                               Attorney for Defendant
                                               Jose Sergio Espindola

Dated:  August 18, 2010                        /s/ John R. Manning for
                                               ROBERT FORKNER
                                               Attorney for Defendant
                                               Valentin Ramirez-Cardinez

Dated:  August 18, 2010                        /s/ John R. Manning for
                                               DINA L. SANTOS
                                               Attorney for Defendant
                                               Rafael Arreola-Sahagun

Dated:  August 18, 2010                        /s/ John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               Emiliano Vera-Gil

Dated:  August 18, 2010                        /s/ John R. Manning for
                                               DANNY D. BRACE, JR.
                                               Attorney for Defendant
                                               Jose Manuel Vera-Gil

Dated:  August 18, 2010						/s/ John R. Manning for
									DAN KOUKOL
									Attorney for Defendant
									Luis Miguel Orrutia-Rodrigues

Dated:  August 18, 2010						Benjamin B. Wagner
									United States Attorney


									by: /s/ John R. Manning for
									MICHAEL M. BECKWITH
									Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>　　　　Defendants. | ) No. CR-S-09-380 WBS<br>)<br>)<br>)　ORDER TO<br>)　CONTINUE STATUS CONFERNCE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the August 23, 2010 status conference be continued to October 25, 2010 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to October 25, 2010.

IT IS SO ORDERED.
Dated: August 24, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4