JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

URIEL OCHOA-ESPINDOLA et al.,

    Defendants.

No. CR-S-09-380 WBS

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERNCE

Judge: Hon. William B. Shubb

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Dina L. Santos, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Jose Manuel Vera-Gil, Danny D. Brace, Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for October 25, 2010 be **continued to November 15, 2010, at 8:30 a.m.**, thus **vacating** the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the

1

meaning of Title 18, United States Code § 3161(h) (7) (B) (ii) and (iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference November 15, 2010.

The parties are requesting more time to continue ongoing plea negotiations. Each defendant will need time to consider any plea offer he or she may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

IT IS SO STIPULATED

Dated:  October 20, 2010            /s/ John R. Manning for
                                     PRECILIANO MARTINEZ
                                     Attorney for Defendant
                                     Uriel Ochoa-Espindola

Dated:  October 20, 2010            /s/ John R. Manning for
                                     MARK ROSENBLUM
                                     Attorney for Defendant
                                     Jose Sergio Espindola

Dated:  October 20, 2010            /s/ John R. Manning for
                                     ROBERT FORKNER
                                     Attorney for Defendant
                                     Valentin Ramirez-Cardinez

Dated:  October 20, 2010            /s/ John R. Manning for
                                     DINA L. SANTOS
                                     Attorney for Defendant
                                     Rafael Arreola-Sahagun

Dated:  October 20, 2010            /s/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Emiliano Vera-Gil

Dated:  October 20, 2010            /s/ John R. Manning for
                                     DANNY D. BRACE, JR.
                                     Attorney for Defendant
                                     Jose Manuel Vera-Gil

Dated:  October 20, 2010                    /s/ John R. Manning for
                                            DAN KOUKOL
                                            Attorney for Defendant
                                            Luis Miguel Orrutia-Rodrigues

Dated:  October 20, 2010                    Benjamin B. Wagner
                                            United States Attorney


                                            by: /s/ John R. Manning for
                                            MICHAEL M. BECKWITH
                                            Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>    Defendants. | No. CR-S-09-380 WBS<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

    GOOD CAUSE APPEARING, it is hereby ordered that the October 25, 2010 status conference be continued to November 15, 2010 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to November 15, 2010.

Dated: October 21, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE