**JEFFREY ROSENBLUM**
**Attorney at Law**
State Bar Number 131206
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 442-1814
Fax: (916) 447-2988
Email: *mjrcorp@pacbell.net*

Attorney for Defendant
**JOSE SERGIO ESPINDOLA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| **URIEL OCHOA-ESPINDOLA**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for March 5, 2012 at **09:30 AM** in Courtroom 5 should be vacated and continued to April 9, 2012 at **9:30 a.m.** for defendants Jose Sergio Espindola and Uriel Ochoa-Espindola; and March 12, 2012 at **9:30 a.m.** for defendant Valentin Ramirez-Cardinez for a change of plea.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through April 9, 2012.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for

1 | a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

2 | Dated: March 2, 2012        /s/ Michael Beckwith
3 |                             MICHAEL BECKWITH
                                Assistant U.S. Attorney

4 | Dated: March 2, 2012        /s/ Jeffrey Rosenblum
5 |                             JEFFREY ROSENBLUM
                                Attorney for Jose Sergio Espindola

6 | Dated: March 2, 2012        /s/ Preciliano Martinez
7 |                             PRECILIANO MARTINEZ
                                Attorney for Uriel Ochoa-Espindola

8 | Dated: March 2, 2012        /s/ Robert L. Forkner
9 |                             ROBERT L. FORKNER
                                Attorney for Valentin Ramirez-Cardinez

**ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for March 5, 2012 at **9:30 a.m.** be VACATED, and the matter continued until March 12, 2012 and April 9, 2012 at **9:30 a.m.** Time is excluded under the Speedy Trial Act from March 5, 2012 through April 9, 2012 pursuant to Local Code T4.

Dated:   March 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE