ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209)544-0200
Fax:            (209)544-1860

Attorney for Defendant,
VALENTIN RAMIREZ-CARDINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 09-380-05-WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND (PROPOSED) ORDER |
| v. | ) FOR CONTINUANCE OF SENTENCING |
| VALENTIN RAMIREZ-CARDINEZ, | ) |
| Defendants. | ) |

Defendant, VALENTIN RAMIREZ-CARDINEZ, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, hereby stipulate and request the following:

1.    That the Court continue the sentencing in the above-captioned case from June 4, 2012, to **August 6, 2012, at 9:30 a.m.**

STIPULATION AND PROPOSED ORDER

- 1 -

2. As of this date, counsel has not received a presentencing report on Mr. Ramirez-Cardenas from the U.S. Probation officer. As such, defense counsel requests the continuance in order to permit the preparation of the Pre Sentencing Report; to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 4, 2012 through August 6, 2012, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

IT IS SO STIPULATED.

Dated:  June 1, 2012                /s/ Robert L. Forkner
                                    ROBERT L. FORKNER
                                    Attorney for Defendant
                                    VALENTIN RAMIREZ-CARDINAS

Dated: June 1, 2012                 BENJAMIN B. WAGNER
                                    United States Attorney


                                    by: /s/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant
VALENTIN RAMIREZ-CARDENAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 09-380-WBS |
|---|---|
| Plaintiff, | ) ORDER TO<br>) CONTINUE SENTENCING |
| v. | ) |
| VALENTIN RAMIREZ-CARDINAS, | ) |
| Defendants. | ) |

IT IS SO ORDERED.

Dated:  June 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER

- 4 -