UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,                NO. CR. 2:09-00380-05 WBS

    Plaintiff,

    v.                                   ORDER

VALENTIN CARDINEZ RAMIREZ,

    Defendant.
_____/

----oo0oo----

    Defendant Valentin Cardinez Ramirez has filed with the court a document entitled Petition for Commutation of Sentence. (Docket No. 241.) The Petition is submitted on a form provided by the United States Department of Justice, Office of the Pardon Attorney, and requests "Executive Clemency" in the form of a reduction of defendant's prison sentence. The power to grant executive clemency rests exclusively with the President of the United States, and this court has no authority to commute a sentence. See United States Constitution, Art. II, § 2, cl. 1; 28 U.S.C. § 1.1 et seq.

1

IT IS THEREFORE ORDERED that defendant's Petition for Commutation of Sentence be, and the same hereby is DISMISSED.

DATED: June 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE