UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VALENTIN RAMIREZ-CARDINEZ,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CIV. NO. 2:13-2498 WBS<br><br>CR.  NO. 2:09-0380 WBS<br><br>ORDER |

----oo0oo----

Petitioner Valentin Ramirez-Cardinez, a prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The United States shall file any opposition to petitioner's motion no later than January 20, 2014. Petitioner may then file a reply no later than February 10, 2014. The court will then take the motion

1

under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE