UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VALENTIN RAMIREZ-CARDINEZ,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CIV. NO. 2:13-2498 WBS<br><br>CR.  NO. 2:09-0380 WBS<br><br><u>ORDER</u> |

----oo0oo----

      Petitioner Valentin Ramirez-Cardinez, a prisoner proceeding <u>pro se</u>, indicates that he did not receive a copy of the United States' motion to dismiss and opposition to his motion pursuant to 28 U.S.C. § 2255. (Docket No. 266.) The United States shall seerve a copy of its motion and opposition (Docket No. 265) along with a copy this Order to petitioner within five

1

days of the date of this Order.  Petitioner shall file any reply in support of his § 2255 motion or opposition to the United States' motion to dismiss no later than April 11, 2014.  The court will then take the motions under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  February 26, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE