UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>VALENTIN RAMIREZ-CARDINEZ,<br><br>           Defendant. | No. 2:09-cr-0380 WBS<br><br>   2:13-cv-2498 WBS<br><br>Court of Appeals No. 14-1526<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

----oo0oo----

        Defendant Valentin Ramirez-Cardinez has filed a notice of appeal from this court's Order filed April 1, 2004 (Docket No. 271) denying his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. For the reasons set forth in the aforesaid Order, this court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        First, defendant's motion barred by the statute of limitations. Second, as a part of his written plea agreement defendant waived any right he may have had to bring a post-conviction attack on his conviction or sentence, and

1

1  "specifically agree[d] not to file a motion under 28 U.S.C § 2255
2  or § 2241 attacking either his conviction or his sentence.
3  Third, defendant's motion lacks merit because the Supreme Court's
4  decision in Alleyne v. United States, 133 S.Ct. 2151 (2013) has
5  no application to this case.  Defendant's additional claims
6  regarding the constitutionality of the sentencing guidelines and
7  the appropriateness of his sentence are similarly meritless.
8          IT IS SO ORDERED.  The Clerk of this Court shall
9  transmit a copy of this Order to the Clerk of the United States
10 Court of Appeals for the Ninth Circuit.
11 Dated:  May 20, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE