UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VALENTIN RAMIREZ-CARDINEZ,<br><br>    Defendant. | No. Cr. S-09-380-05 WBS<br><br><br>**ORDER** |

----oo0oo----

        Defendant Valentin Ramirez-Cardinez has filed a Motion to Modify Sentence Pursuant To 18 U.S.C. § 3582(c)(2). The United States shall file its response within 30 days from the date of this Order. Defendant may file a reply within 20 days after the filing of the United States' response. The motion will then be taken under submission.

        IT IS SO ORDERED.

Dated: August 15, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1