AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)            Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00380-WBS   Document 292   Filed 11/10/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

_____Eastern_____ District of _____California_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 2:09CR00380-05 WBS |
| VALENTIN RAMIREZ-CARDINEZ | ) |
| | ) USM No: 18770-097 |
| Date of Original Judgment: 10/11/2012 | ) |
| Date of Previous Amended Judgment: _____ | ) Hannah Labaree, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____96_____ months **is reduced to** _____151 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/18/2012 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _November 10, 2015_

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____     _____William B. Shubb, U.S. District Court Judge_____
*(if different from order date)*          *Printed name and title*