AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00380-WBS   Document 293   Filed 11/13/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

VALENTIN RAMIREZ-CARDINEZ

Case No: 2:09CR00380-05 WBS

USM No: 18770-097

Date of Original Judgment: 10/11/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah Labaree, Asst. Federal Defender
*Defendant's Attorney*

## (Corrected) ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 188 months **is reduced to** 151 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/18/2012 shall remain in effect.

**IT IS SO ORDERED.**

Dated: November 13, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*